# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

Jose Felix Palaguachi Cela

**CRIMINAL COMPLAINT**

M.J. No.: 05-1616-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about **November 2004** in **Plymouth** County and elsewhere in the District of **Massachusetts**, defendant did, (Track Statutory Language of Offense)

**possess, obtain, accept, and receive a visa, knowing it to be forged, counterfeit and otherwise procured by fraud and unlawfully obtained**

in violation of Title **18** United States Code, Section **1546(a)**.

I further state that I am a(n) **Special Agent - Immigration and Customs Enforcement**
Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent Derek M. Dunn attached hereto and incorporated herein by reference.**

Continued on the attached sheet and made a part hereof: [x] Yes  [ ] No

Signature of Complainant
Derek M. Dunn
Special Agent - ICE

Sworn to before me and subscribed in my presence,

**January 13, 2005**                    at    **Boston, Massachusetts**
Date                                           City and State

Hon. Charles B. Swartwood III
**Chief, United States Magistrate Judge**
Name and Title of Judicial Officer              Signature of Judicial Officer