AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_filed in open court 1/19/05 CBS_

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.
__Cela__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

I, __Jose Cela__, charged in a ☒ complaint ☐ petition pending in this District with __Visa Fraud__ in violation of Title __18__, U.S.C., __1546(a)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_[signature]_
Defendant

__1-19-05__
Date

_Edward D. Hayden_
Counsel for Defendant