UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
vs.                                )   **CRIMINAL ACTION**
                                   )   **NO. 05-1616-CBS**
JOSE FELIX PALAGUACHI CELA,        )
         Defendant,                )
_____)

ORDER OF DETENTION
January 19, 2005

**SWARTWOOD, M.J.**

   I.   Nature Of The Offense And The Government's Motion

   On January 13, 2005, a Criminal Complaint was filed, charging Jose Felix Palaguachi Cela ("Mr. Cela"), with possessing, obtaining, accepting and receiving a Visa, knowing it to be forged, counterfeit and otherwise procured by fraud and unlawfully obtained, in violation of 18 U.S.C. §1546(a).

   On January 14, 2005, Mr. Cela appeared for his initial appearance in this Court and at that time he was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §3142(f)(2)(A)(risk of flight).

   On January 19, 2005, Mr. Cela appeared for a consolidated probable cause/detention hearing and at that hearing, waived his right to a preliminary examination and assented to an Order of Detention, but reserved his right to a detention hearing in the future.

V.   <u>Order of Detention Pending Trial</u>

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Mr. Cela be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Cela be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Cela is detained and confined shall deliver Mr. Cela to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE